In re MAINS. (Circuit Court of Appeals, Ninth Circuit. March 12, 1902.) No. 805. Petition for Writ of Habeas Corpus. Petition denied.

---

MARINE INS. CO. v. GRAHAM & MORTON TRANSP. CO. (Circuit Court of Appeals, Seventh Circuit. January 24, 1902.) No. 690. Appeal from the District Court of the United States for the Northern District of Illinois. Charles C. Kremer, for appellant. Robert Rae and Louis C. Ehle, for appellee. Same decree entered in this cause as in Chicago Ins. Co. v. Graham & Morton Transp. Co., 48 C. C. A. 397, 109 Fed. 352, per stipulation of counsel.

---

METCALF v. AMERICAN SCHOOL FURNITURE CO. et al. (Circuit Court of Appeals, Second Circuit. February 4, 1902.) No. 90. Appeal from the Circuit Court of the United States for the Western District of New York. Frederick Seymour, for appellant. Before WALLACE, LACOMBE, and SHIPMAN, Circuit Judges.

PER CURIAM. Decree affirmed in open court, with instructions to allow plaintiff 30 days to amend, on payment of costs. For opinion below, see 108 Fed. 909.

---

REPUBLIC OF COLOMBIA v. CAUCA CO. et al. CAUCA CO. v. REPUBLIC OF COLOMBIA. (Circuit Court of Appeals, Fourth Circuit. February 4, 1902.) Nos. 407, 423. Cross Appeals from the Circuit Court of the United States for the District of West Virginia, at Clarksburg. William G. Johnson, for Republic of Colombia. Hugh L. Bond, Jr., and John W. Beaumont (Cowen, Cross & Bond and Edward H. Murphy, on briefs), for Cauca Co. et al. Before SIMONTON, Circuit Judge, and JACKSON and PURNELL, District Judges.

PER CURIAM. We have carefully considered the opinion of the circuit court, the subject-matter of appeal in these two cases. We can add nothing to the clear statement of the facts of the case made by the learned judge who delivered the opinion of the court (106 Fed. 337), and we can add nothing to the reasons which led him to his conclusion, in which conclusion we entirely concur. The decree of the circuit court is affirmed.

---

TERLINDEN v. AMES. (Circuit Court of Appeals, Seventh Circuit. March 1, 1902.) No. 849. Appeal from the District Court of the United States for the Northern District of Illinois. A. C. Umbreit and Albert C. May, for appellant, and William Vocke, for appellee. Dismissed for want of jurisdiction.

---

TRAIN et al. v. UNITED STATES. (Circuit Court of Appeals, Second Circuit. January 4, 1902.) No. 27. Appeal from the Circuit Court of the United States for the Southern District of New York. Albert Comstock, for appellant. D. Frank Lloyd, for the United States. Before WALLACE and LACOMBE, Circuit Judges.

PER CURIAM. Decision of circuit court affirmed, on opinion below. 107 Fed. 261.